UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RYAN WILLIS** | * | CIVIL ACTION NO. |
| **Plaintiff,** | * | **3:23-CV-00149-SDD-RLB** |
| | * | |
| **vs.** | * | JUDGE/SECTION: |
| | * | **SHELLY D. DICK** |
| **UNITED PROPERTY AND** | * | |
| **CASUALTY INSURANCE COMPANY** | * | MAGISTRATE/DIVISION: |
| **Defendant.** | * | **RICHARD L. BOURGEOIS** |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MOTION FOR LEAVE TO FILE FIRST
SUPPLEMENTAL AND AMENDED COMPLAINT**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, **RYAN WILLIS** ("Plaintiff"), who respectfully moves this Honorable Court for an Order allowing Plaintiff to amend the original Petition for Damages, *via* the First Supplemental and Amended Complaint, to add Louisiana Insurance Guaranty Association as an additional Defendant. United Property and Casualty Insurance Company ("UPC") was placed into receivership by the Second Judicial Circuit Court in Leon County, Florida on or about February 27, 2023. UPC, who provided insurance coverage to Plaintiff, is an "insolvent insurer," as defined by La. R.S. 22:2055(7). Louisiana Insurance Guaranty Association ("LIGA") is the statutory successor in interest to UPC pursuant to La. R.S. 22:2051, *et seq*., rendering it an appropriate additional party.

Counsel of record for UPC advised that they do not presently represent LIGA, and UPC is no longer in existence. Accordingly, prior opposing counsel can neither consent nor object to the present filing.

1

**WHEREFORE**, Plaintiff, **RYAN WILLIS**, respectfully requests this Honorable Court grant Plaintiff's Motion for Leave to file the First Supplemental and Amended Complaint.

RESPECTFULLY SUBMITTED:

**IRPINO, AVIN & HAWKINS LAW FIRM**

*/s/ Kacie F. Gray*
ANTHONY D. IRPINO (#24727)
airpino@irpinolaw.com
KACIE F. GRAY (#36476)
kgray@irpinolaw.com
2216 Magazine Street
New Orleans, Louisiana 70130
Telephone:    (504) 525-1500
Facsimile:     (504) 525-1501

*Attorneys for Plaintiff, Ryan Willis*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record through the Court's CM/ECF system this **29th** day of **August, 2023**, at their last known email address of record.

*/s/ Kacie F. Gray*
KACIE F. GRAY