## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

RYAN WILLIS

VERSUS

UNITED PROPERTY AND CASUALTY
INSURANCE COMPANY

CIVIL ACTION

23-149-SDD-RLB

### RULING

The Court has carefully considered the *Motion,*[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated September 21, 2023, to which no objection was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that Plaintiff's *Motion for Leave to File First Supplemental and Amended Complaint*[3] is GRANTED to the extent it seeks leave to amend to join the Louisiana Insurance Guaranty Association as an additional defendant in this action.

---

[1] Rec. Doc. No. 7.
[2] Rec. Doc. No. 8.
[3] Rec. Doc. No. 7.

**IT IS FURTHER ORDERED** that this action is REMANDED to the 21st Judicial District Court for Livingston Parish, Louisiana for lack of subject matter jurisdiction in light of the addition of the non-diverse defendant Louisiana Insurance Guaranty Association.

Signed in Baton Rouge, Louisiana the 25 day of October, 2023.

*Shelly D. Dick*
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**